UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6: 07-60024 |
| VERSUS | * | JUDGE MELANÇON |
| STERLING LEON JOHNSON | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons orally assigned at the hearing conducted on February 24, 2010, and the Report and Recommendation of the Magistrate Judge, after an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that the guilty plea entered by Anthony Thomas on February 24, 2010, before Magistrate Judge C. Michael Hill is accepted by this Court, pursuant to the provisions of Federal Rule of Criminal Procedure 11.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 22nd day of March, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE